Exhibit "B"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-21090-REID
CONSENT CASE

JOSE M. ROJAS,
And other similarly situated individuals,

    Plaintiff,

vs.

MIAMI POOL TECH, INC.
And CARLOS HERNANDEZ, Individually,

    Defendants.
_____/

## RENEWED JOINT MOTION TO REVIEW AND APPROVE FLSA SETTLEMENT AND DISMISS ACTION WITH PREJUDICE AND INCORPORATED MEMORANDUM OF LAW

    Plaintiff and Defendants, by and through their respective undersigned counsel, hereby jointly move the Court to review and approve their settlement and dismiss this action with prejudice, as follows:

1. Plaintiff's complaint alleges that Defendant violated the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* ("FLSA"), by failing to pay him alleged unpaid overtime compensation. Defendant vigorously denies any wrongdoing under the FLSA, and further denies that Plaintiff is entitled to any relief

Initials *Jose Rojas*
Initials _____

17

whatsoever. The parties agree that there is a bona fide, good faith dispute as to both liability and damages regarding Plaintiff's claims.

2. To avoid the costs and uncertainty of further litigation, the parties have negotiated a settlement of this matter. Pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), claims for back wages arising under the FLSA may be settled or compromised with the approval of the district court (or under the supervision of the U.S. Department of Labor). The parties request that the Court review and approve their settlement and dismiss this action with prejudice. The parties further request that the Court reserve jurisdiction to enforce the terms of the settlement, should such enforcement be necessary.

3. All parties are represented by counsel in this action, and all parties and their respective counsel agree and stipulate that the settlement represents a fair, reasonable, good faith and arms-length compromise of Plaintiffs' claims.

4. A copy of the settlement agreements entered into by the parties are attached hereto as Composite Exhibit "A."

WHEREFORE, Plaintiff and Defendants jointly request that the Court enter an order (a) approving the parties' settlement; (b) dismissing this action with prejudice; and (c) reserving jurisdiction to enforce the terms of the settlement, should such enforcement be necessary. A proposed order is provided herewith.

Initials *Jose Rojas*
Initials *CdR*

18

Doc ID: f1a18c35efae3e77fc566dd1bc7a6ce66ae97c49

Respectfully submitted this 1st day of July, 2021.

| | |
|---|---|
| s/ Zandro Palma | s/ Anthony M. Geroges-Pierre |
| Zandro E. Palma, Esq. | Anthony M. Georges-Pierre, Esq. |
| Florida Bar No. 0024031 | Florida Bar No. 0533637 |
| | |
| ZANDRO E. PALMA, P.A. | REMER & GEORGES-PIERRE, PLLC |
| 9100 S. Dadeland Blvd., Suite 1500 | Courthouse Tower |
| Miami, FL 33156 | 44 West Flagler Street, Suite 2200 |
| | Miami, FL 33130 |
| Telephone No.: (305) 446-1500 | Telephone No.: (305)416-5000 |
| Facsimile No.: (305) 446-1502 | Facsimile No.: (305)416-5005 |
| | |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |

Initials *José Rojas*
Initials *[signature]*

Doc ID: f1a18c35efae3e77fc566dd1bc7a6ce66ae97c49

**Exhibit "C"**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-21090-REID
CONSENT CASE

JOSE M. ROJAS,
And other similarly situated individuals,

    Plaintiff,

vs.

MIAMI POOL TECH, INC.
And CARLOS HERNANDEZ, Individually,

    Defendants.
_____/

**ORDER APPROVING SETTLEMENT AND DISMISSING ACTION WITH PREJUDICE**

**THIS CAUSE** came before the Court upon the parties' joint motion to review and approve FLSA settlement and dismiss action with prejudice. The parties have sought the Court's approval of their settlement. *See Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350, 1353 (11th Cir. 1982). The Court has reviewed the parties' settlement and is otherwise fully advised in the premises, and it is hereby

**ORDERED and ADJUDGED** that the parties' settlement is **APPROVED** and this action is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction to enforce the terms of the parties' settlement, should such enforcement be necessary. All pending motions are **DENIED as moot** and the Clerk shall close this case.

Initials *Jose Rojas*
Initials *C.H.*

20

Doc ID: f1a18c35efae3e77fc566dd1bc7a6ce66ae97c49

**DONE AND ORDERED** in Chambers at Miami, Florida, this ____ day of _____, 2021.

_____
LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
Counsel of Record

Initials *José Rojas*
Initials *CH*

21

Doc ID: f1a18c35efae3e77fc566dd1bc7a6ce66ae97c49