UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-21090-CV-REID

JOSE M. ROJAS,

    Plaintiff,
v.

MIAMI POOL TECH, INC., et al.,

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

This CAUSE is before the Court on the parties' Renewed Joint Motion to Review and Approve FLSA Settlement and Dismiss Action with Prejudice and Incorporated Memorandum of Law ("Renewed Motion"). [ECF No. 25]. This Fair Labor Standards Act ("FLSA") case is before the Undersigned pursuant to the parties' consent and 28 U.S.C. § 636(c). [ECF Nos. 21; 22]. The parties have submitted their Settlement Agreement to the Undersigned for *in camera* review. The Court has considered the terms of the settlement agreement, the pertinent portions of the record, and is otherwise fully involved in the premises.

This case involves claims for unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §201, *et seq.* ("FLSA"). In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn Food Stores v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982). A settlement entered into in an adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues." *Id.* The district court may approve

1

the settlement in order to promote the policy of encouraging settlement of litigation. *Id.* at 1354.

In this case, there is a bona fide legal and factual dispute over FLSA provisions. The Court has reviewed the terms of the settlement agreement including the amount to be received by Plaintiff and the attorneys' fees and costs to be received by counsel and finds that the compromise reached by the parties is a fair and reasonable resolution of the parties' bona fide disputes.

Accordingly, it is

ORDERED AND ADJUDGED that the parties' Renewed Motion [ECF No. 25] is **GRANTED** and the parties' settlement agreement (including attorneys' fees and costs) is hereby **APPROVED**. This action, in its entirety, is hereby **DISMISSED WITH PREJUDICE** and this case shall be **CLOSED**.

It is further ORDERED that Defendant's Motion to Dismiss [ECF No. 18] and Plaintiff's Motion for Leave to File First Amended Complaint [ECF No. 19] are **DENIED AS MOOT**. The Court shall retain jurisdiction over this case to enforce the terms of the settlement agreement, should such enforcement be necessary.

DONE AND ORDERED in chambers, at Miami, Florida on this 2nd day of July, 2021.

_____
LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

cc: **All Counsel of Record**